FILED

JUL 2 8 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Leave to file without
Prepayment of Cost **GRANTED**

FAIZULLAH
Camp Delta
Washington, D.C. 20355

       Petitioner

v.

GEORGE W. BUSH, President
of the United States

DONALD RUMSFELD, Secretary,
United States Department of Defense

JAY HOOD, Army Brigadier General,
Commander, Joint Task Force-GTMO

MICHAEL I. BUMGARNER, Army
Colonel, Commander, Joint Detention
Operations Group - JTF-GTMO

       Respondents

Civil Action No.

CASE NUMBER  1:05CV01489

JUDGE: Ricardo M. Urbina

DECK TYPE: Habeas Corpus/2255

DATE STAMP: 07/28/2005

## PETITION FOR WRIT OF HABEAS CORPUS

**FILED**

**JUL 2 8 2005**

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

GUAN-2005-T02706

To the Committee: United States District Court for the District of Columbia
333 Constitution Avenue, N.W, Washington D.C. 20001

**05 1489**

Dear Sir:

I am FAIZULLAH. My father's name is SAIDULLAH, in the village of Mard; district of Kohmard; province of Bamyan, Afghanistan!

It has been more than two years that I, an innocent man, got arrested in my locality, and, finally, fate had me land in Cuba, where, after some investigation, the court announced it's verdict to me, introducing me, an innocent being, as an enemy combatant. Everyone knows that I'm a poor person and a laborer, and that I was entangled with my own financial and family problems, and that I've never had any relations with the Taliban organization. In the times past I faced a lot of problems through the Taliban and other political parties; and now that peace and tranquility has settled in the country, and we, the Hazara people, have been rescued from all the torture and cruelty, I'm being held in prison while I'm innocent. I, in no shape or form, am any danger to the American people. I'm ready to offer any kind of service for the current government of Mr. Karzai. I hope that you will consider my difficult situation and study my case in dept, so that I can be released and reunited with my family and live a peaceful life. Acquittal

Respectfully.

(Signature) Faizullah

united states District court for The
District of columbia 333 constitution
Avenue N.w. washington D.C 20001

FILED
JUL 28 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

05 1489

اینجانب حضرات والا شیدالاسلامنه قدیر مرد ولسوالی کجرد وهسته میان اقنسان!

خدمت کجرات رضا فدا از درسال حبس و یک نّس در حق حود دستگیر شده ایم به بلا تو فیر شر کوشم
به گونه بار ارشاد ولدعداد تحقیقات محکم یم صورت گرفت که قیصه جنگ با رین ابلایل گرد سرو
من بیگاه و را به طرفت دشمن جنگ معرفی کرده و جمعیم ما مسلم و دوشن بنا بر د ختم
تخفی زبین و میر یکا و وهمورضمین لوح که دچار مشکلات و تشخص دید و فاصل بوده ایم
و به جمع بنیج و طلبان ارتبا ط و تاروف مزاح و وهضه کرده ظل مشکل سبا
از طریق طالبان و تشیج ها مشکل کرده این و اکنون که از ال بی صلح و ارامش در وطنها
طلوع نمود وما مردم هزارن را ظلم و شتم رها کرده بها نفّی جوسی کرده ایم و حتون
به جمع و حقوق دارایی دهشت و روفی مرمایی ها ازم یکا نظر میآشیم و از طرف طفیف حکت
صیادت رضایا کرزی را موحه رفع طلت می کم راسا مشکوک دام با در نظر گرفته
در طلب حقیقه رم غرم طوطه رهاتا به غاص مسکم خوانی دیگی و زندگی الم ها نایم

با احترام

کهنش عقیدین الدیب