IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FAIZULLAH, *et al.*,<br><br>Petitioner,<br><br>v.<br><br>GEORGE W. BUSH, et al.,<br><br>Respondents. | Civil Action No. 05-1489 (RMU) |

## NOTICE OF APPEAL

NOTICE is hereby given that respondents George W. Bush, President of the United States, Donald Rumsfeld, Secretary, United States Department of Defense, Army Brigadier Gen. Jay Hood, Commander, Joint Task Force-GTMO, and Army Col. Mike Bumgarner, Commander, Joint Detention Operations Group (i.e., all respondents herein) hereby appeal to the United States Court of Appeals for the District of Columbia Circuit from the portion of the Court's Memorandum Order dated August 22, 2005 (dkt. no. 3) prohibiting respondents from removing petitioner from Guantanamo Bay Naval Base unless the Court and any counsel for petitioner receive thirty days' advance notice of such removal.

Dated: October 21, 2005                     Respectfully submitted,

                                                        PETER D. KEISLER
                                                        Assistant Attorney General

                                                        KENNETH L. WAINSTEIN
                                                        United States Attorney

                                                        DOUGLAS N. LETTER
                                                        Terrorism Litigation Counsel

/s/ James Schwartz
JOSEPH H. HUNT (D.C. Bar No. 431134)
VINCENT M. GARVEY (D.C. Bar No. 127191)
TERRY M. HENRY
JAMES J. SCHWARTZ (D.C. Bar No. 468625)
PREEYA M. NORONHA
EDWARD H. WHITE
ROBERT J. KATERBERG
ANDREW I. WARDEN
NICHOLAS J. PATTERSON
Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., N.W.
Washington, DC 20530
Tel: (202) 616-8298
Fax: (202) 616-8460

Attorneys for Respondents

## CERTIFICATE OF SERVICE

I hereby certify that on October 21, 2005, I caused the foregoing Notice of Appeal to be served on the pro se petitioner listed below by first-class United States mail:

> Faizullah
> ISN - 0919
> Camp Delta; Guantanamo Bay, Cuba
> Washington, DC 20355

*/s/ James Schwartz*
JAMES J. SCHWARTZ
United States Department of Justice
Civil Division, Federal Programs Branch

One of the Attorneys for Respondents