IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ABDULSALAM ALI ABDULRAHMAN AL-HELA, *et al.*,<br><br>Petitioners,<br><br>v.<br><br>GEORGE W. BUSH, President of the United States, *et al.*,<br><br>Respondents. | Civil Action No. 05-CV-1048 (RMU) |
| ALI SHAH MOUSOVI, *et al.*,<br><br>Petitioners,<br><br>v.<br><br>GEORGE W. BUSH, President of the United States, *et al.*,<br><br>Respondents. | Civil Action No. 05-CV-1124 (RMC) |
| OMAR MOHAMMED KHALIFH, *et al.*,<br><br>Petitioners,<br><br>v.<br><br>GEORGE W. BUSH, President of the United States, *et al.*,<br><br>Respondents. | Civil Action No. 05-CV-1189 (JR) |

| | | |
|---|---|---|
| ABU ABDUL RAUF ZALITA, *et al.*,<br><br>Petitioners,<br><br>v.<br><br>GEORGE W. BUSH,<br>President of the United States,<br>*et al.*,<br><br>Respondents. | ) | Civil Action No. 05-CV-1220 (RMU) |
| LABED AHMED,<br><br>Petitioner,<br><br>v.<br><br>GEORGE W. BUSH,<br>President of the United States,<br>*et al.*,<br><br>Respondents. | ) | Civil Action No. 05-CV-1234 (EGS) |
| ABDUL BAQI,<br><br>Petitioner,<br><br>v.<br><br>GEORGE W. BUSH,<br>President of the United States,<br>*et al.*,<br><br>Respondents. | ) | Civil Action No. 05-CV-1235 (PLF) |

| | | |
|---|---|---|
| AMINULLAH,<br><br>Petitioner,<br><br>v.<br><br>GEORGE W. BUSH,<br>President of the United States,<br>*et al.*,<br><br>Respondents. | ) | Civil Action No. 05-CV-1237 (ESH) |
| HAJI GHALIB,<br><br>Petitioner,<br><br>v.<br><br>GEORGE W. BUSH,<br>President of the United States,<br>*et al.*,<br><br>Respondents. | ) | Civil Action No. 05-CV-1238 (CKK) |
| ALI ADEL MOTALEB AWEID AL KHAIY,<br><br>Petitioner,<br><br>v.<br><br>GEORGE W. BUSH,<br>President of the United States,<br>*et al.*,<br><br>Respondents. | ) | Civil Action No. 05-CV-1239 (RJL) |

ABDUL HAKIM ABDUL KARIM AMIN BUKHARI,

Petitioner,

v.

GEORGE W. BUSH, President of the United States, *et al.*,

Respondents.

Civil Action No. 05-CV-1241 (RMC)

---

AHSANULLAH PIRZAI,

Petitioner,

v.

GEORGE W. BUSH, President of the United States, *et al.*,

Respondents.

Civil Action No. 05-CV-1242 (RCL)

---

IHSAN ULLAH PEERZAI,

Petitioner,

v.

GEORGE W. BUSH, President of the United States, *et al.*,

Respondents.

Civil Action No. 05-CV-1243 (RCL)

| | | |
|---|---|---|
| TARIQ MAHMOUD ALSAWAM, | ) | |
| Petitioner, | ) | |
| v. | ) | Civil Action No. 05-CV-1244 (CKK) |
| GEORGE W. BUSH, President of the United States, *et al.*, | ) | |
| Respondents. | ) | |
| ABDUL MAJID MOHAMMADI, | ) | |
| Petitioner, | ) | |
| v. | ) | Civil Action No. 05-CV-1246 (RWR) |
| GEORGE W. BUSH, President of the United States, *et al.*, | ) | |
| Respondents. | ) | |
| ABDULRAHIM ABDUL RAZAK AL GINCO, | ) | |
| Petitioner, | ) | |
| v. | ) | Civil Action No. 05-CV-1310 (RJL) |
| GEORGE W. BUSH, President of the United States, *et al.*, | ) | |
| Respondents. | ) | |

| | | |
|---|---|---|
| EHSAN ULLAH,<br><br>Petitioner,<br><br>v.<br><br>GEORGE W. BUSH,<br>President of the United States,<br>*et al.*,<br><br>Respondents. | ) | Civil Action No. 05-CV-1311 (RCL) |
| GHALEB NASSAR AL BIHANI,<br><br>Petitioner,<br><br>v.<br><br>GEORGE W. BUSH,<br>President of the United States,<br>*et al.*,<br><br>Respondents. | ) | Civil Action No. 05-CV-1312 (RJL) |
| FARHI SAEED BIN MOHAMMED, *et al.*,<br><br>Petitioners,<br><br>v.<br><br>GEORGE W. BUSH,<br>President of the United States,<br>*et al.*,<br><br>Respondents. | ) | Civil Action No. 05-CV-1347 (GK) |

| | |
|---|---|
| MOTAI SAIB, *et al.*,<br><br>Petitioners,<br><br>v.<br><br>GEORGE W. BUSH,<br>President of the United States,<br>*et al.*,<br><br>Respondents. | Civil Action No. 05-CV-1353 (RMC) |
| SAEED MOHAMMED SALEH<br>HATIM, *et al.*,<br><br>Petitioners,<br><br>v.<br><br>GEORGE W. BUSH,<br>President of the United States,<br>*et al.*,<br><br>Respondents. | Civil Action No. 05-CV-1429 (RMU) |
| NASSER MAZYAD ABDULLAH<br>AL-SUBAIY, *et al.*,<br><br>Petitioners,<br><br>v.<br><br>GEORGE W. BUSH,<br>President of the United States,<br>*et al.*,<br><br>Respondents. | Civil Action No. 05-CV-1453 (RMU) |

| | |
|---|---|
| JIHAD DHIAB, *et al.*,<br><br>Petitioners,<br><br>v.<br><br>GEORGE W. BUSH,<br>President of the United States,<br>*et al.*,<br><br>Respondents. | Civil Action No. 05-CV-1457 (GK) |
| JAWAD JABBER SADKHAN,<br><br>Petitioner,<br><br>v.<br><br>GEORGE W. BUSH,<br>President of the United States,<br>*et al.*,<br><br>Respondents. | Civil Action No. 05-CV-1487 (RMC) |
| FAIZULLAH,<br><br>Petitioner,<br><br>v.<br><br>GEORGE W. BUSH,<br>President of the United States,<br>*et al.*,<br><br>Respondents. | Civil Action No. 05-CV-1489 (RMU) |

| | |
|---|---|
| ABDUL HADI OMER HAMOUD FARAJ,<br><br>Petitioner,<br><br>v.<br><br>GEORGE W. BUSH,<br>President of the United States,<br>*et al.*,<br><br>Respondents. | Civil Action No. 05-CV-1490 (PLF) |
| SAWAT KHAN,<br><br>Petitioner,<br><br>v.<br><br>GEORGE W. BUSH,<br>President of the United States,<br>*et al.*,<br><br>Respondents. | Civil Action No. 05-CV-1491 (JR) |
| ABDUL AHMAD,<br><br>Petitioner,<br><br>v.<br><br>GEORGE W. BUSH,<br>President of the United States,<br>*et al.*,<br><br>Respondents. | Civil Action No. 05-CV-1492 (RCL) |

| | |
|---|---|
| MOHAMMED AMON,<br><br>Petitioner,<br><br>v.<br><br>GEORGE W. BUSH,<br>President of the United States,<br>*et al.*,<br><br>Respondents. | Civil Action No. 05-CV-1493 (RBW) |
| JAMAL KIYEMBA, *et al.*,<br><br>Petitioners,<br><br>v.<br><br>GEORGE W. BUSH,<br>President of the United States,<br>*et al.*,<br><br>Respondents. | Civil Action No. 05-CV-1509 (RMU) |
| IBRAHIM OSMAN IBRAHIM IDRIS,<br><br>Petitioner,<br><br>v.<br><br>GEORGE W. BUSH,<br>President of the United States,<br>*et al.*,<br><br>Respondents. | Civil Action Nos. 05-CV-1555 (JR)<br>05-CV-1725 (JR)<br>(consolidated) |

**ATTORNEY APPEARANCE**

Undersigned counsel, Terry M. Henry, hereby enters his appearance as one of the counsel for respondents in the above-captioned cases.

Dated: November 23, 2005

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

KENNETH L. WAINSTEIN
United States Attorney

DOUGLAS N. LETTER
Terrorism Litigation Counsel

/s/ Terry M. Henry

JOSEPH H. HUNT (D.C. Bar No. 431134)
VINCENT M. GARVEY (D.C. Bar No. 127191)
TERRY M. HENRY
JAMES J. SCHWARTZ
PREEYA M. NORONHA
ROBERT J. KATERBERG
NICHOLAS J. PATTERSON
ANDREW I. WARDEN
EDWARD H. WHITE
Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., N.W. Room 7144
Washington, DC 20530
Tel: (202) 514-4107
Fax: (202) 616-8470

Attorneys for Respondents