# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FAIZULLAH,                              )  | |
| *Petitioner*,                           )  | |
|                                         )  | **NOTICE OF APPEARANCE** |
| v.                                      )  | |
|                                         )  | CV No. 1:05cv01489 |
| GEORGE W. BUSH,                         )  | |
|     President of the United States      )  | |
|                                         )  | |
| DONALD RUMSFELD,                        )  | |
|     Secretary, United States            )  | |
|                                         )  | |
| ARMY BRIG. GEN. JAY HOOD,               )  | |
|     Commander, Joint Task               )  | |
|         Force - GTMO; *and*             )  | |
|                                         )  | |
| ARMY COL. MIKE BUMGARNER,               )  | |
|     Commander, Joint Detention          )  | |
|         Operations Group, JTF - GTMO    )  | |
|                                         )  | |
| *Respondents*.                          )  | |

Pursuant to the Court's order appointing counsel, the undersigned attorney hereby notifies the Court and counsel that Andrea K. George shall appear as appointed counsel of record for the above named defendant in this case.

Dated:   December 16, 2005

*s/ Andrea K. George*
ANDREA K. GEORGE
Attorney ID No. 202125
Attorney for Defendant
Federal Public Defender's Office
107 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415