# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FAIZULLAH, )<br>*Petitioner*, )<br> )<br>v. )<br> )<br>GEORGE W. BUSH, )<br>    President of the United States )<br> )<br>DONALD RUMSFELD, )<br>    Secretary, United States )<br> )<br>ARMY BRIG. GEN. JAY HOOD, )<br>    Commander, Joint Task )<br>       Force - GTMO; *and* )<br> )<br>ARMY COL. MIKE BUMGARNER, )<br>    Commander, Joint Detention )<br>       Operations Group, JTF - GTMO )<br> )<br>*Respondents*. ) | **CERTIFICATE OF SERVICE**<br><br>CV No. 1:05cv01489 |

    I hereby certify that on December 16, 2005, I caused the following document:

    Amended Petition for Writ of Habeas Corpus and Other Relief

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

    Terry Marcus Henry
    US Department of Justice - Civil Division

    I further certify that I caused a copy of the foregoing documents and the notice of electronic filing to be mailed by first class mail, postage paid, to the following non-ECF participants:

    N/A

Dated: December 16, 2005          *s/Andrea K. George*
　　　　　　　　　　　　　　　　　ANDREA K. GEORGE
　　　　　　　　　　　　　　　　　Attorney ID No. 202125
　　　　　　　　　　　　　　　　　Attorney for Defendant
　　　　　　　　　　　　　　　　　107 U.S. Courthouse
　　　　　　　　　　　　　　　　　300 South Fourth Street
　　　　　　　　　　　　　　　　　Minneapolis, MN 55415