# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FAIZULLAH,<br>　　*Petitioner/Plaintiff*,<br><br>v.<br><br>GEORGE W. BUSH, et al.,<br>　　*Respondents/Defendants*. | **CERTIFICATE OF SERVICE**<br><br>CV No. 1:05cv01489 |

I hereby certify that on April 19, 2006, I caused the following documents:

1.　Motion for Entry of Protective Order;
2.　Petitioner's Memorandum in Support of Motion for Entry of Protective Order;
3.　Proposed Order;
4.　Amended Protective Order and Procedures for Counsel Access to Detainees at the United States Naval Base in Guantanamo, Cuba, together with Exhibits:
　　Exhibit A　Revised Procedures for Counsel Access to Detainees at the U.S. Naval Base at Guantanamo Bay, Cuba;
　　Exhibit B　Memorandum of Understanding regarding Access to Classified National Security Information (previously filed electronically on 1/20/06 as CM/ECF Doc. No. 11);
　　Exhibit C　Acknowledgment of Scott F. Tilsen (previously filed electronically on 1/20/06 as Attachment # 1 to CM/ECF Doc. No. 11)
　　Exhibit D　Acknowledgment of Andrea K. George (previously filed electronically on 1/20/06 as Attachment # 2 to CM/ECF Doc. No. 11)

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

| | |
|---|---|
| Terry Marcus Henry<br>US Department of Justice -<br>Civil Division | Preeya M. Noronha<br>US Department of Justice |

　　I further certify that I caused a copy of the foregoing documents and the notice of electronic filing to be mailed by first class mail, postage paid, to the following non-ECF participants:

　　N/A

Dated: April 19, 2006

*s/Andrea K. George*
ANDREA K. GEORGE
Attorney ID No. 202125
Attorney for Defendant
107 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415