# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FAIZULLAH, )<br>)<br>*Petitioner/Plaintiff*, )<br>)<br>v. )<br>)<br>GEORGE W. BUSH, et al )<br>)<br>*Respondents/Defendants..* ) | **NOTICE OF APPEARANCE**<br><br>CV No. 1:05cv01489 |

The undersigned attorney hereby notifies the Court and counsel that Assistant Federal Defender, Katherine M. Menendez, attorney ID No. 278014, shall appear as appointed co-counsel of record for the above-named defendant in this case.

Dated:   May 19, 2006

*s/ Scott F. Tilsen*

_____
SCOTT F. TILSEN
Attorney ID No. 11005X
Attorney for Defendant
Office of the Federal Defender
107 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415