## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| FAIZULLAH, | ) | |
|    *Petitioner/Plaintiff*, | ) | |
| | ) | **CERTIFICATE OF SERVICE** |
| v. | ) | |
| | ) | CV No. 1:05cv01489 |
| GEORGE W. BUSH, et al., | ) | |
|    *Respondents/Defendants*. | ) | |

   I hereby certify that on May 19, 2006, I caused the following documents:

   Notice of Appearance of appointed co-counsel, Katherine M. Menendez

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

   Terry Marcus Henry          Preeya M. Noronha
   US Department of Justice -     US Department of Justice
   Civil Division

   I further certify that I caused a copy of the foregoing documents and the notice of electronic filing to be mailed by first class mail, postage paid, to the following non-ECF participants:

   N/A

Dated: May 19, 2006                   *s/Scott F. Tilsen*
                                          SCOTT F. TILSEN
                                          Attorney ID No. 11005X
                                          Attorney for Defendant
                                          107 U.S. Courthouse
                                          300 South Fourth Street
                                          Minneapolis, MN 55415