# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FAIZULLAH, )<br>)<br>*Petitioner/Plaintiff*, )<br>)<br>v. )<br>)<br>GEORGE W. BUSH, et al )<br>)<br>*Respondents/Defendants..* ) | **NOTICE OF APPEARANCE**<br><br>CV No. 1:05cv01489 |

The undersigned attorney hereby notifies the Court and counsel that Assistant Federal Defender, Katherine M. Menendez, attorney ID No. 278014, shall appear as appointed co-counsel of record for the above-named petitioner in this case.

Dated:  May 23, 2006

                              *s/ Katherine M. Menendez*
                              _____
                              KATHERINE M. MENENDEZ
                              Attorney ID No. 278014
                              Attorney for Petitioner
                              Office of the Federal Defender
                              107 U.S. Courthouse
                              300 South Fourth Street
                              Minneapolis, MN 55415