# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FAIZULLAH, ) | |
|     *Petitioner/Plaintiff*, ) | |
| ) | **CERTIFICATE OF SERVICE** |
| v. ) | |
| ) | CV No. 1:05cv01489 |
| GEORGE W. BUSH, et al., ) | |
|     *Respondents/Defendants*. ) | |

    I hereby certify that on May 23, 2006, I caused the following documents:

    Notice of Appearance

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

    Terry Marcus Henry                  Preeya M. Noronha
    US Department of Justice -          US Department of Justice
    Civil Division

    I further certify that I caused a copy of the foregoing documents and the notice of electronic filing to be mailed by first class mail, postage paid, to the following non-ECF participants:

    N/A

Dated: May 23, 2006                          *s/Katherine M. Menendez*
                                            KATHERINE M. MENENDEZ
                                            Attorney ID No. 278014
                                            Attorney for Petitioner
                                            107 U.S. Courthouse
                                            300 South Fourth Street
                                            Minneapolis, MN 55415