## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FAIZULLAH,                )<br>    *Petitioner/Plaintiff*,    )<br>                           )<br>v.                         )<br>                           )<br>GEORGE W. BUSH, et al.,    )<br>    *Respondents/Defendants*.   ) | **CERTIFICATE OF SERVICE**<br><br>CV No. 1:05cv01489 |

I hereby certify that on July 21, 2006, I caused the following documents:

1. Petitioner's Opposition to Government's Motion to Examine Privileged Communications Seized Without Notice or Approval and Motion to Show Cause Why Respondents Should Not Be Held in Contempt;
2. Attachment 1A; (pp.1-24 and Exhibit 1 of document previously filed in <u>Mahmoud Abdah, et al., v. George W. Bush, et al.</u>, 04-CV-1254 (HHK)(AK))
3. Attachment 1B; (Exhibit 2 of document previously filed in <u>Mahmoud Abdah, et al., v. George W. Bush, et al.</u>, 04-CV-1254 (HHK)(AK))

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

    Terry Marcus Henry           Preeya M. Noronha
    US Department of Justice -    US Department of Justice
    Civil Division

I further certify that I caused a copy of the foregoing documents and the notice of electronic filing to be mailed by first class mail, postage paid, to the following non-ECF participants:

    N/A

Dated: July 21, 2006                            *s/Katherine M. Menendez*
                                                  KATHERINE M. MENENDEZ
                                                   Attorney ID No. 278014
                                                    Attorney for Defendant
                                                    107 U.S. Courthouse
                                                    300 South Fourth Street
                                                    Minneapolis, MN 55415