# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FAIZULLAH, )<br>    *Petitioner/Plaintiff*, )<br>)<br>v. )<br>)<br>GEORGE W. BUSH, et al., )<br>    *Respondents/Defendants*. ) | **CERTIFICATE OF SERVICE**<br><br>CV No. 1:05cv01489 |

    I hereby certify that on August 8, 2006, I caused the following documents:

1.    Petitioner's Notice Regarding Attorney-Client Communication

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

    Terry Marcus Henry        Preeya M. Noronha
    US Department of Justice -    US Department of Justice
    Civil Division

    I further certify that I caused a copy of the foregoing documents and the notice of electronic filing to be mailed by first class mail, postage paid, to the following non-ECF participants:

    N/A

Dated:    August 8, 2006               *s/Scott F. Tilsen*
                                                SCOTT F. TILSEN
                                                Attorney ID No. 11005X
                                                Attorney for Defendant
                                                107 U.S. Courthouse
                                                300 South Fourth Street
                                                Minneapolis, MN 55415