Katherine M. Menendez, OSB #278014
Assistant Federal Defender
kate_menendez@fd.org
107 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
Tel:   612-664-5858
Fax:   612-664-5850
Attorney for Petitioner

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FAIZULAH, ) | |
|     Petitioner, ) | |
| ) | |
| v. ) | |
| ) | |
| ) | CV No. 1:05cv01489 |
| GEORGE W. BUSH, ) | |
|     President of the United States, *et al.,* ) | |
| ) | |

**MEMORANDUM OF UNDERSTANDING
AND ACKNOWLEDGMENT REGARDING
ACCESS TO CLASSIFIED NATIONAL SECURITY INFORMATION**

Having familiarized myself with the applicable statutes, regulations, and orders related to, but not limited to, unauthorized disclosure of classified information, espionage and related offenses; the Intelligence Identities Protection Act, 50 U.S.C. § 421; 18 U.S.C. § 641; 50 U.S.C. § 783; 28 C.F.R. § 17 et seq.; and Executive Order 12958; I understand that I may be the recipient of information and documents that belong to the United States and concern the present and future security of the United States, and that such documents and information together with the methods and sources of collecting it

are classified by the United States government. In consideration for the disclosure of classified information and documents:

(1) I agree that I shall never divulge, publish, or reveal either by word, conduct or any other means, such classified documents and information unless specifically authorized in writing to do so by an authorized representative of the United States government, or as expressly authorized by the Protective Order entered in this case on April 21, 2006.

(2) I agree that this Memorandum of Understanding and any other non-disclosure agreement signed by me will remain forever binding on me. My duties under this Memorandum and the Protective Order shall survive the termination of this case.

(3) I have received, read, and understand the Protective Order entered by the United States District Court for the District of Columbia in this case entered on April 21, 2006, and I agree to comply with the provisions thereof.


| *September 5, 2006* | *s/ Katherine M. Menendez* |
|---|---|
| Date | KATHERINE M. MENENDEZ |