## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| FAIZULLAH, | ) | |
| *Petitioner/Plaintiff*, | ) | |
| | ) | **CERTIFICATE OF SERVICE** |
| v. | ) | |
| | ) | CV No. 1:05cv01489 |
| GEORGE W. BUSH, et al., | ) | |
| *Respondents/Defendants*. | ) | |

    I hereby certify that on September 5, 2006, I caused the following documents:

    Memorandum of Understanding and Acknowledgment Regarding Access to Classified National Security Information

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

    Terry Marcus Henry          Preeya M. Noronha
    US Department of Justice -    US Department of Justice
    Civil Division

    I further certify that I caused a copy of the foregoing documents and the notice of electronic filing to be mailed by first class mail, postage paid, to the following non-ECF participants:

    N/A

Dated:    September 5, 2006          *s/ Katherine M. Menendez*
                                                KATHERINE M. MENENDEZ
                                                Attorney ID No. 278014
                                                Attorney for Petitioner
                                                107 U.S. Courthouse
                                                300 South Fourth Street
                                                Minneapolis, MN 55415