IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FAIZULLAH,<br>　　　*Petitioner,*<br><br>v.<br><br>GEORGE W. BUSH, *et al.,*<br>　　　*Respondents.* | )<br>)<br>)　Civil Action No. 05-cv-01489 (RMU)<br>)<br>)<br>)　**STIPULATION OF**<br>)　**DISMISSAL**<br>)<br>)<br>) |

　　　The Petitioner, Faizullah, and Respondents, President George W. Bush, former Secretary of Defense, Donald Rumsfeld, Joint Task Commander, Army Brig. General Jay Hood, and Joint Detention Commander, Army Col. Mike Bumgarner, through undersigned counsel hereby submit a joint stipulation of dismissal with prejudice in this case. Faizullah was released from Guantanamo Bay in October, 2006. Therefore dismissal with prejudice is appropriate.

Dated this 19 day of September, 2007.

　　　　　　　　　　　　　　　　　　*/s/ Katherine M. Menendez*
　　　　　　　　　　　　　　　　　　Katherine M. Menendez, OSB 278014
　　　　　　　　　　　　　　　　　　kate_menendez@fd.org
　　　　　　　　　　　　　　　　　　Office of the Federal Defender - Dist. of Minnesota
　　　　　　　　　　　　　　　　　　107 U.S.Courthouse, 300 South 4th Street
　　　　　　　　　　　　　　　　　　Minneapolis, MN 55415
　　　　　　　　　　　　　　　　　　(612) 664-5858
　　　　　　　　　　　　　　　　　　Fax:　(612) 664-5850

　　　　　　　　　　　　　　　　　　*Attorney for Petitioner*

Dated this /4/day of September, 2007.

                                PETER D. KEISLER
                                Assistant Attorney General

                                DOUGLAS N. LETTER
                                Terrorism Litigation Counsel

                                _/s/_____
                                JOSEPH H. HUNT (D.C. Bar No. 431134)
                                VINCENT M. GARVEY (D.C. Bar No. 127191)
                                JUDRY L. SUBAR (D.C. Bar 347518)
                                TERRY M. HENRY
                                JAMES J. SCHWARTZ
                                JEAN LIN
                                ROBERT J. KATERBERG
                                ANDREW I. WARDEN
                                NICHOLAS A. OLDHAM
                                JAMES C. LUH
                                Attorneys
                                United States Department of Justice
                                Civil Division, Federal Programs Branch
                                20 Massachusetts Ave., N.W.
                                Washington, DC 20530
                                Tel: (202) 514-4107
                                Fax: (202) 616-8470

                                *Attorneys for Respondents*