IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **FAIZULLAH,** | ) | Misc. No.  08-0444 (TFH) |
| *Petitioner/Plaintiff,* | ) | Civil No.  05-cv-01489 (RMU) |
| | ) | |
| v. | ) | |
| | ) | **STATUS REPORT** |
| | ) | |
| **GEORGE W. BUSH,** *et al.,* | ) | |
| *Respondents/Defendants.* | ) | |
| | ) | |

    Faizullah's petition writ of habeas corpus was docketed on July 28, 2005.  On September 20, 2007, undersigned counsel and the government filed a joint Stipulation of Dismissal, noting that Faizullah had been released from Guantanamo Bay in October, 2006.  (Docket No. 37)  Although dismissal was never formally ordered by Honorable Judge Urbina, Faizullah's counsel continue to agree that dismissal is proper.

Dated:  July 8, 2008

*s/ Katherine M. Menendez*
_____
Katherine M. Menendez, OSB 278014
kate_menendez@fd.org
Office of the Federal Defender - Dist. of
  Minnesota
107 U.S. Courthouse
300 South 4th Street
Minneapolis, MN 55415
(612) 664-5858
Fax:  (612) 664-5850

*Attorney for Petitioner*