# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| FAIZULLAH, | ) | Misc. No.  08-0444 (TFH) |
|     *Petitioner/Plaintiff,* | ) | Civil No.  05-cv-01489 (RMU) |
| | ) | |
| v. | ) | |
| | ) | **CERTIFICATE OF SERVICE** |
| | **)** | |
| GEORGE W. BUSH, et al., | ) | |
|     *Respondents/Defendants.* | ) | |

    I hereby certify that on July 8, 2008, I caused the following documents:

1.    Petitioner's Status Report;

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

    Judry Laeb Subar                     Terry Marcus Henry
    US Department of Justice         US Department of Justice -
                                                          Civil Division

    I further certify that I caused a copy of the foregoing documents and the notice of electronic filing to be mailed by first class mail, postage paid, to the following non-ECF participants:

    N/A

Dated:   July 8, 2008                               *s/Katherine M. Menendez*

                                                       KATHERINE M. MENENDEZ
                                                       Attorney ID No. 278014
                                                       Attorney for Defendant
                                                       107 U.S. Courthouse
                                                       300 South Fourth Street
                                                       Minneapolis, MN 55415