UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FAIZULLAH, | : |
| Petitioner/Plaintiff, | : |
| v. | : Civil Action No.: 05-1489 (RMU) |
| GEORGE W. BUSH et al., | : |
| Respondents/Defendants. | : |

## JUDGMENT ORDER

### DISMISSING THE PETITIONER'S CLAIMS

On September 20, 2007, the government and petitioner filed a joint stipulation of dismissal, noting the release of the petitioner from Guantanamo Bay in October, 2006. As the petitioner no longer remains in the custody of the United States, this court is without jurisdiction to maintain this suit.

For these reasons, it is, this 9th day of July, 2008 hereby

**ORDERED** that the petitioner's claims are **DISMISSED**.

**SO ORDERED**.

Ricardo M. Urbina
United States District Judge